RICHARD MAC BRIDE (SB#199695)
LAW OFFICES OF RICHARD A. MAC BRIDE
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289 - Fax 510-439-2786
Attorney for Jose Daniel Castillo-Antonio

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jose Daniel Castillo-Antonio,

Plaintiff,

Vs.

Ahmed Obaid dba San Pablo Smoke Shop,
Ahmed Nagi dba San Pablo Smoke Shop,
Griselda Ledesma, and Does 1 to 50,

Defendants.

Case Number _____12-5428

PLAINTIFF'S STATUS REPORT AND REQUEST FOR CONTINUATION OF THE CASE SCHEDULE UNDER GENERAL ORDER 56
AND ORDER

The lawsuit was filed on October 19, 2012. Plaintiff served the Defendants within the prescribed time period. Returns of service have been filed with the court. Defendants answered the complaint.

Under the General Order 56 Case Schedule, the parties are required to conduct a joint site inspection of the subject premises by February 1, 2013. (I.e. 105 days after filing the lawsuit.) The parties have been engaged and continue to be engaged in substantial settlement discussions, and as of the present moment, a settlement document has been agreed to in principle on all points except for the dates for remediation, which are still under discussion. The parties expect to be in a position to file a Notice of Settlement shortly. However, Mr. David Hamerslough, Esq., who is representing defendant Griselda Ledesma and who has also been speaking with plaintiff's counsel on behalf of defendants Obaid and Nagi for purposes of settlement discussions, is outside the United States until February 13, 2013. Therefore, Plaintiff requests that the site inspection deadline of February 1, 2013 be extended to March 15, 2013, by which time the parties reasonably expect to have a Notice of Settlement on file.

Respectfully submitted, /s/ Richard A. Mac Bride Richard A. Mac Bride, counsel for plaintiff
February 1, 2013

_____

Status Report and Request for Continuation of Case Schedule Under General Order 56

-1-

ORDER

For good cause shown, the Case Schedule Pursuant to General Order 56 in this matter shall be amended, with the last day for joint inspection continued to March 15, 2013, and all other applicable dates calculated from that date.

Date: February 11, 2013                    _____
                                           Elizabeth D. Laporte, United States Magistrate Judge



---

Status Report and Request for Continuation of Case Schedule Under General Order 56

-2-